**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Diana Sciortino

                      Plaintiff,

v.                                      Case No.: 1:20−cv−01980
                                                  Honorable John F. Kness

Tri City Foods, Inc., et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 21, 2020:

      MINUTE entry before the Honorable John F. Kness: On September 21, 2020, the parties submitted a "Stipulation of Dismissal" [16] explaining that they jointly stipulate to the dismissal of this action with prejudice. Accordingly, the case is dismissed with prejudice by operation of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own fees and costs. Civil case terminated. Mailed notice(mjc, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.